CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
Naomi Butler, Esq. SBN 332664
100 Pine Street, Suite 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
naomib@potterhandy.com

Attorneys for Plaintiff

Philip H. Stillman
STILLMAN & ASSOCIATES
3015 North Bay Road | Suite B
Miami Beach, FL 33140 |
(888) 235- 4279 Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case: 3:21-cv-05777-TSH |
| Plaintiff, v. | |
| **Bistro Maxine, LLC**, a California Limited Liability Company | **JOINT STIPULATION FOR DISMISSAL** [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| Defendants. | |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action that Plaintiff's Americans with Disabilities Act claim may be dismissed, with prejudice. The parties further stipulate that Plaintiff's Unruh Civil Rights Act claim may be dismissed, without prejudice; each party to bear his/her/its own attorneys' fees and costs.

Dated: October 4, 2022                CENTER FOR DISABILITY ACCESS

                                      By: /s/ Naomi Butler
                                      Naomi Butler, Esq.
                                      Attorney for Plaintiff

Dated: October 4, 2022                STILLMAN & ASSOCIATES

                                      By: /s/ *Philip H. Stillman*
                                      Philip H. Stillman, Esq.
                                      Attorney for Defendant